## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Angel Mercado<br>       Felicia E. Mercado<br>                    Debtors | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>                    Movant<br>         vs.<br>Angel Mercado<br>Felicia E. Mercado<br>                    Debtors<br>Frederick L. Reigle Esq.<br>                    Trustee | NO. 18-10459 REF<br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **April 9, 2018.** Document No. 15.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
kmcdonald@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

August 2, 2018