United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angel Mercado  
Felicia E. Mercado  
    Debtors

Case No. 18-10459-ref  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: SaraR | Page 1 of 1 | Date Rcvd: Aug 23, 2018 |
| | Form ID: 155 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.
db/jdb          +Angel Mercado,   Felicia E. Mercado,   1422 Lacrosse Ave.,   Reading, PA 19607-2126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:
       BRENNA HOPE MENDELSOHN    on behalf of Debtor Angel   Mercado tobykmendelsohn@comcast.net
       BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Felicia E. Mercado tobykmendelsohn@comcast.net
       FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
       KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
       ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
       RRamos-Cardona@fredreiglech13.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                                                           TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Angel Mercado and Felicia E.
Mercado

        Debtor(s)                                      Chapter: 13
                                                               Bankruptcy No: 18−10459−ref

_____

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this August 23, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                  Richard E. Fehling
                                                                   Chief Judge ,
                                                                   United States Bankruptcy Court

                                                                                                       25
                                                                                                      Form 155