UNITED STATES BANKRUPTCY COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA


In re: Angel Mercado

Felicia Mercadpo                                    Chapter 13

        Debtors                              Bankruptcy No. 18-10459-ref


ORDER


AND NOW, upon consideration of the Application for Allowance of Compensation Pursuant to Section 330 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,000.00, of which $1,000.00 was received pre-petition.


BY THE COURT


**Date: September 13, 2018**


_____

Richard E. Fehling U.S. Bankruptcy Judge