CHRISTOPHER M. MCMONAGLE, ESQUIRE
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## (READING)

| | |
|---|---|
| IN RE:<br><br>　　ANGEL MERCADO<br><br>　　FELICIA E. MERCADO<br>　　　　　　DEBTORS | CHAPTER: 13<br><br>BANKRUPTCY CASE: 18-10459-REF<br><br>JUDGE: RICHARD E. FEHLING |
| M&T BANK<br>　　　　　　MOVANT<br>V.<br><br>ANGEL MERCADO<br><br>FELICIA E. MERCADO<br>　　　　　　DEBTORS | |

## ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Stipulation between Debtor and M&T Bank, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

**Date: March 28, 2019**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE