**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSLYVANIA**

In re: Angel Mercado
    Felicia Mercado                                                                        Chapter 13

    Debtors                                                                             Case Number: 18-10459-REF

**ADDENDUM TO THIRD AMENDED PLAN**

Debtors, by and through their attorney, Brenna H. Mendelsohn, Esq. and Mendelsohn & Mendelsohn, P.C. hereby files this addendum to the Third Amended Plan as follows:

Paragraph below should read:

**§ 2(a)(2)  Amended Plan:**
     **Total Base Amount** to be paid to the Chapter 13 Trustee (Scott Waterman) $ 60,613.  The Plan payments by Debtor shall consists of the total amount previously paid ($5,150.00) added to the new monthly Plan payments in the amount of $650.00 beginning April 2019 and continuing for 21 months and in January 2021, the Debtors shall pay $1,672.52 for 25 months.

Dated: April 29, 2019                                                                      Respectfully submitted:

                                                                                                */s/ Brenna H. Mendelsohn, Esq.*
                                                                                                Attorney for Debtor