# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Angel Mercado
      Felicia Mercado      :    Chapter 13
           Debtors    :    Bankruptcy No. 18-10459-ref

## **ORDER**

AND NOW, upon the consideration of the Debtors' Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Third Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

**Date: May 23, 2019**

_____
Richard E. Fehling
United States Bankruptcy Judge