STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Angel Mercado<br>Felicia E. Mercado<br>            Debtor(s) | Chapter 13<br><br>Bankruptcy Case:  18-10459-elf |
| M&T Bank<br>            Creditor/Movant<br>v.<br>Angel Mercado<br>Felicia E. Mercado<br>            Respondents | Judge: Eric L. Frank |

**O R D E R**

AND NOW, this 30th day of August, 2019 upon and upon Consent Order/Stipulation of M&T Bank and any successor in interest and Debtor, Angel Mercado and Felicia E. Mercado, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is **ORDERED** that:

The automatic stay of all proceedings under 11 U.S.C. §362, is modified to allow M&T Bank and any successor in interest, to proceed with its *in rem* rights under state and federal law concerning the Property (the "Property"):  ***1422 Lacrosse Avenue, Reading, PA 19607***.

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

Date: 8/30/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**