United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 18-10459-elf
Angel Mercado                                                              Chapter 13
Felicia E. Mercado
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey              Page 1 of 2              Date Rcvd: Feb 10, 2020
                              Form ID: pdf900           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
```
db/jdb         +Angel Mercado,    Felicia E. Mercado,    1422 Lacrosse Ave.,    Reading, PA 19607-2126
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14044907       +Acc Adv Agnc,    510 N Park Rd,    Wyomissing, PA 19610-2941
14052979       +M&T BANK,   c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14262989       +M&T Bank,   c/o Stern & Eisenberg PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
14186800       +Mendelsohn & Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
14044917       +Pnc Bank,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
14105341       +Reading Area Water Authority,    1801 Kutztown Road,    Reading, PA 19604-1515
14044922       +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 11 2020 03:30:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 11 2020 03:30:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 03:21:09      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14057665       +E-mail/Text: bankruptcy@bbandt.com Feb 11 2020 03:30:31      BB&T, Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
14044909       +E-mail/Text: bankruptcy@bbandt.com Feb 11 2020 03:30:42      Bb&t Home Improvement,
                 8007 Corporate Dr Ste D,    Baltimore, MD 21236-4905
14044910       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Feb 11 2020 03:30:44
                 Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
14044912       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2020 03:30:32       Comenity Bank/bon Ton,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
14044913       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2020 03:30:32       Comenitycapital/boscov,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14044914        E-mail/Text: camanagement@mtb.com Feb 11 2020 03:30:31      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
14084760        E-mail/Text: camanagement@mtb.com Feb 11 2020 03:30:31      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
14066570       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 11 2020 03:30:37      MIDLAND FUNDING LLC,
                 PO BOX 2011,    Warren MI 48090-2011
14044915       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 11 2020 03:30:37      Midland Funding,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
14044916       +E-mail/PDF: cbp@onemainfinancial.com Feb 11 2020 03:20:36      Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
14044918        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 03:21:08
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14054955        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 03:21:09
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14045412       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 03:21:09
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14046762        E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2020 03:30:33
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14044923       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 11 2020 03:30:29
                 Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 18

               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
14044911*       +Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
14316647*       +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
14044919*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     Po Box 41067,    Norfolk, VA 23541)
14044920*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     Po Box 41067,    Norfolk, VA 23541)
14044921*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     Po Box 41067,    Norfolk, VA 23541)
14044908      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                      TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Stacey              Page 2 of 2              Date Rcvd: Feb 10, 2020
                              Form ID: pdf900           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2020 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Angel  Mercado tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Felicia E. Mercado tobykmendelsohn@comcast.net
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor   M&T BANK cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              DANIEL P. JONES    on behalf of Creditor   M&T BANK djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　ANGEL MERCADO<br>　　FELICIA E MERCADO<br><br>　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 18-10459-ELF |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: 2/7/20

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE